IN RE: Nancy Dewatcher  CHAPTER 13
CASE NO. 12-47135
JUDGE Shefferly

Debtor,
_____/

## ORDER CONFIRMING PLAN

    The Debtor's Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 U.S.C. §1325(a) are met.

    Therefore, IT IS HEREBY ORDERED that the Debtor's Chapter 13 plan, as last modified, if at all, is confirmed.

    IT IS FURTHER ORDERED that the claim of attorney for the Debtor, for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $___3,000.00__ in fees and $_____0___ in expenses, and that the portion of such claim which has not already been paid, to-wit: $ __2,800.00__ shall be paid by the Trustee as an administrative expense of this case.

    IT IS FURTHER ORDERED that the Debtor shall maintain all policies of insurance on all property of the Debtor and this estate as required by law and contract.

    All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 U.S.C. §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

    IT IS FURTHER ORDERED as follows: [*Only provisions checked below apply*]

☐ The Debtor shall remit _____% of all tax refunds received or entitled to after commencement of the case, and shall not alter any withholding deductions/exemptions without Court approval.
☐ The Debtor's Plan shall continue for no less than _____ months.
☐ The Debtor's Plan payments shall be increased to $_____ per _____ effective the _____ day of _____, _____.
☐ Creditors rights to object to the last filed Modified Plan are preserved until_____
☐ Other:

APPROVED:  OBJECTIONS WITHDRAWN:  APPROVED:

/s/ David Wm. Ruskin_____  _____  /s/ Neal J. Brand
DAVID WM. RUSKIN (P26803)  CREDITOR:  Neal J. Brand  (P60137 )
CHAPTER 13 TRUSTEE  ATTORNEY FOR DEBTOR
26555 Evergreen Road
1100 Travelers Towers
Southfield, MI 48076-4251
248-352-7755

Signed On June 29, 2012  /s/ Phillip J. Shefferly
Phillip J. Shefferly
United States Bankruptcy Judge